DALE KEITH RUNGE, CA SBN 97156
POB 39621
LOS ANGELES, CA 90039-0621
(323) 665-5319
ATTORNEY FOR PLAINTIFF

JS-6

FILED
CLERK, U.S. DISTRICT COURT

AUG 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES BUENO | CASE NUMBER |
| | CV 08-4751 AHM |
| PLAINTIFF(S), | |
| v. | |
| REMBERTO BAEZA | **[PROPOSED] ORDER ON PLAINTIFF'S REQUEST TO PROCEED IN FORMA PAUPERIS IN ADVERSARY PROCEEDINGS IN BANKRUPTCY COURT AND TRANSFER OF CASE BACK TO BANKRUPTCY COURT** |
| DEFENDANT(S). | |

The Court, having considered the Plaintiff's Request with supporting declaration to: (1) proceed in FORMA PAUPERIS in an adversary proceedings in the underlying bankruptcy case (1:07-bk-14749-KT); and (2) to transfer this case back to the Bankruptcy Court for adversary proceedings where the plaintiff may proceed in FORMA PAUPERIS.

After consideration of the declaration filed in this case, the requests are hereby:

        ☒    **GRANTED**

        ☐    **DENIED**

8/19/08
Date

_Hon. A. Howard Matz, District Court Judge_

**[PROPOSED] ORDER ON PLAINTIFF'S REQUEST TO PROCEED IN FORMA PAUPERIS IN ADVERSARY PROCEEDINGS IN BANKRUPTCY COURT AND TRANSFER OF CASE BACK TO BANKRUPTCY COURT**

ORIGINAL

Page 1 of 1

1
2 <u>**SERVICE LIST**</u>
3
4
5
Attorney for Debtors
6 Barry E Borowitz
7 Borowitz Lozano & Clark LLP
100 N Barranca Ave Ste 250
8 West Covina, CA 91791
9
10
Dale Keith Runge, Esquire        (Attorney for Judgment Creditor)
11 P.O. Box 39621
12 Los Angeles, CA 90039-0621
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28